Mitchell F. Boomer (State Bar No. 121441)
Mia N. Tucker (State Bar No. 268389)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: mia.tucker@jacksonlewis.com

Attorneys for Defendant
NORDSTROM, INC.

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HAYNES,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and RICK TURPIN,<br><br>Defendants. | Case No. CV 11 3950 ~~HRL~~ LHK<br><br>**APPLICATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:        January 18, 2012<br>Time:       2:00 p.m.<br>Crtrm.:     8<br>Judge:      Hon. Lucy H. Koh<br><br>Trial Date:    None Set |

A Case Management Conference in this matter is scheduled for January 18, 2012, at 2:00 p.m. before Honorable Lucy H. Koh. Defendant NORDSTROM, INC ("Defendant") submits this application to request that its counsel of record, Mitchell F. Boomer/Mia Tucker, be allowed to appear telephonically at the Case Management Conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Defendant respectfully requests that the Court grant this application for Mr. Boomer/Ms.
2  Tucker to appear telephonically at the January 18, 2012 Case Management Conference.

3

4  Dated: January 11, 2012                JACKSON LEWIS LLP

5

6                                         By: _____
7                                              Mitchell F. Boomer
                                                Mia N. Tucker
                                                Attorneys for Defendant
8                                               NORDSTROM, INC.

9

10
    4839-0043-1374, v. 1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

Application to Appear Telephonically at Case Management                    Haynes v. Nordstrom, Inc et. al
Conference                                                                 USDC-Northern Case No. CV11-3950 HRL