1  Mitchell F. Boomer (State Bar No. 121441)
   Mia N. Tucker (State Bar No. 268389)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mail:  boomerm@jacksonlewis.com
5  E-mail:  mia.tucker@jacksonlewis.com

6  Attorneys for Defendant
   NORDSTROM, INC.
7

**GRANTED**

*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and RICK TURPIN,<br><br>    Defendants. | Case No.  CV 11 3950 ~~HRL~~ **LHK**<br><br>**APPLICATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:     January 18, 2012<br>Time:     2:00 p.m.<br>Crtrm.:   8<br>Judge:    Hon. Lucy H. Koh<br><br>Trial Date:    None Set |

A Case Management Conference in this matter is scheduled for January 18, 2012, at 2:00 p.m. before Honorable Lucy H. Koh. Defendant NORDSTROM, INC ("Defendant") submits this application to request that its counsel of record, Mitchell F. Boomer/Mia Tucker, be allowed to appear telephonically at the Case Management Conference.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1

1  Defendant respectfully requests that the Court grant this application for Mr. Boomer/Ms.
2  Tucker to appear telephonically at the January 18, 2012 Case Management Conference.

4  Dated: January 11, 2012                    JACKSON LEWIS LLP

6                                      By:  _____
7                                           Mitchell F. Boomer
                                            Mia N. Tucker
8                                           Attorneys for Defendant
                                            NORDSTROM, INC.

4839-0043-1374, v. 1

2

Application to Appear Telephonically at Case Management Conference                  Haynes v. Nordstrom, Inc et. al
                                                                                   USDC-Northern Case No. CV11-3950 HRL