**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HAYNES, | Case No.: 11-CV-3950-LHK |
| Plaintiff, | |
| v. | ORDER DIRECTING PLAINTIFF TO FILE A CASE MANAGEMENT STATEMENT |
| NORDSTROM, INC., and RICK TURPIN, | |
| Defendants. | |

Pursuant to Civil Local Rule 16-9 and the Court's standing order, Plaintiff was required to file a case management statement by January 11, 2012, but failed to do so. Plaintiff is ordered to file a case management statement by 10:00 a.m. on January 18, 2012.

**IT IS SO ORDERED.**

Dated: January 17, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-3950-LHK
ORDER DIRECTING PLAINTIFF TO FILE A CASE MANAGEMENT STATEMENT