UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and RICK TURPIN,<br><br>    Defendants. | Case No.: 11-CV-3950-LHK<br><br>ORDER DENYING STAY OF ACTION AND RECOMMENDING STIPULATION OF DISMISSAL |

On January 17, 2012, the parties filed a stipulation to stay this action pending final and binding arbitration. The Court DENIES the requested stay and asks the parties to consider stipulating to a dismissal without prejudice and to the tolling of the statute of limitations for any claims and counterclaims. *See, e.g.*, *O'Keeffe's Inc. v. Technical Glass Prods.*, 5:07-CV-03535-LHK, ECF No. 154. If the parties file a stipulation of dismissal by 12:00 p.m. on January 18, 2012, the Court will vacate the Case Management Conference set for 2:00 p.m. on January 18, 2012.

**IT IS SO ORDERED.**

Dated: January 17, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-3950-LHK
ORDER DENYING STAY OF ACTION