Mitchell F. Boomer (State Bar No. 121441)
Mia N. Tucker (State Bar No. 268389)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: boomerm@jacksonlewis.com
E-mail: mia.tucker@jacksonlewis.com

Attorneys for Defendant
NORDSTROM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HAYNES,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., and RICK TURPIN,<br><br>Defendants. | Case No. CV 11 3950 HRL<br><br>**STIPULATION RE DISMISSAL OF ACTION AND REFERRAL TO BINDING ARBITRATION; [~~PROPOSED~~] ORDER** |

**TO THE HONORABLE COURT:**

On February 11, 2011, Plaintiff BENJAMIN HAYNES ("Plaintiff") filed a Complaint ("Complaint") in the United States District Court for the Northern District of California against Defendant NORDSTROM, INC. (hereinafter "Nordstrom") and RICK TURPIN (hereinafter "Defendants"), alleging *quid pro quo* harassment, failure to prevent harassment, gender discrimination and wrongful termination.

On August 11, 2009, during his employment with Nordstrom, Plaintiff reviewed and accepted the terms of Nordstrom's Dispute Resolution Program, agreeing to arbitrate post-employment claims with his employer, and to submit the dispute to a neutral arbitrator.

On December 28, 2011, Plaintiff advised Nordstrom that he agrees to submit this civil action to final and binding arbitration pursuant to Nordstrom's Dispute Resolution Program.

///

---

On January 18, 2012, Plaintiff agreed to dismiss this civil action and submit their claims to final and binding arbitration.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record:

1. This action be dismissed without prejudice to allow the parties to submit to binding arbitration pursuant to contractual agreement;
2. All issues in connection to this action and arising out of Plaintiff's Complaint shall be submitted to a mutually acceptable arbitrator pursuant to the binding arbitration agreement signed by Plaintiff and Nordstrom's Dispute Resolution Program;
3. All applicable statutes of limitation on any claims and/or counter-claims which the Parties currently might otherwise assert shall be tolled until the arbitration referenced above is concluded.

**IT IS SO STIPULATED.**

Dated: January 18, 2012          JACKSON LEWIS LLP

By: /s/ Mitchell F. Boomer
_____
Mitchell F. Boomer
Mia N. Tucker
Attorneys for Defendant
NORDSTROM, INC.

Date: January 18, 2012          KNISBACHER LAW OFFICES

By: /s/ Alden Knisbacher
_____
Alden Knisbacher
Attorney for Plaintiff
BENJAMIN HAYNES

Stipulation and [Proposed] Order
Re Dismissal of Action for Arbitration                    Case No. CV 11 3950 HRL

# ORDER

Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered, that the terms of this Stipulation are approved and adopted and this action be dismissed to allow the Parties to submit their claims to binding arbitration. The Clerk shall close the file.

**THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.**

Date: January 18, 2012

*Lucy H. Koh*
THE HONORABLE JUDGE
United States District Court
Northern District of California

4846-0678-1198, v. 2

---

Stipulation and [Proposed] Order
Re Dismissal of Action for Arbitration

3

Case No. CV 11 3950 HRL