1   Mitchell F. Boomer (State Bar No. 121441)
    Mia N. Tucker (State Bar No. 268389)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, California 94105
    Telephone: (415) 394-9400
4   Facsimile: (415) 394-9401
    E-mail: boomerm@jacksonlewis.com
5   E-mail: mia.tucker@jacksonlewis.com

6   Attorneys for Defendant
    NORDSTROM, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  BENJAMIN HAYNES,                    Case No.  CV 11 3950 HRL

12         Plaintiff,                   **STIPULATION RE DISMISSAL OF
                                        ACTION AND REFERRAL TO BINDING
13         v.                           ARBITRATION; [PROPOSED] ORDER**

14  NORDSTROM, INC., and RICK TURPIN,

15         Defendants.

16

17  **TO THE HONORABLE COURT:**

18         On February 11, 2011, Plaintiff BENJAMIN HAYNES ("Plaintiff") filed a Complaint

19  ("Complaint") in the United States District Court for the Northern District of California against

20  Defendant NORDSTROM, INC. (hereinafter "Nordstrom") and RICK TURPIN (hereinafter

21  "Defendants"), alleging *quid pro quo* harassment, failure to prevent harassment, gender

22  discrimination and wrongful termination.

23         On August 11, 2009, during his employment with Nordstrom, Plaintiff reviewed and

24  accepted the terms of Nordstrom's Dispute Resolution Program, agreeing to arbitrate post-

25  employment claims with his employer, and to submit the dispute to a neutral arbitrator.

26         On December 28, 2011, Plaintiff advised Nordstrom that he agrees to submit this civil

27  action to final and binding arbitration pursuant to Nordstrom's Dispute Resolution Program.

28  / / /

On January 18, 2012, Plaintiff agreed to dismiss this civil action and submit their claims to final and binding arbitration.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel of record:

1. This action be dismissed without prejudice to allow the parties to submit to binding arbitration pursuant to contractual agreement;

2. All issues in connection to this action and arising out of Plaintiff's Complaint shall be submitted to a mutually acceptable arbitrator pursuant to the binding arbitration agreement signed by Plaintiff and Nordstrom's Dispute Resolution Program;

3. All applicable statutes of limitation on any claims and/or counter-claims which the Parties currently might otherwise assert shall be tolled until the arbitration referenced above is concluded.

**IT IS SO STIPULATED.**

Dated:  January 18, 2012                  JACKSON LEWIS LLP


                                /s/ Mitchell F. Boomer
                          By: _____
                                Mitchell F. Boomer
                                Mia N. Tucker
                                Attorneys for Defendant
                                NORDSTROM, INC.


Date:  January 18, 2012                   KNISBACHER LAW OFFICES


                          By:   /s/ Alden Knisbacher

                                _____
                                Alden Knisbacher
                                Attorney for Plaintiff
                                BENJAMIN HAYNES

Stipulation and [Proposed] Order
Re Dismissal of Action for Arbitration                    Case No. CV 11 3950 HRL

1

## ORDER

2       Based on this Stipulation of the Parties and for good cause shown, it is hereby ordered,

3  that the terms of this Stipulation are approved and adopted and this action be dismissed to allow

4  the Parties to submit their claims to binding arbitration.   The Clerk shall close the file.

5

6  **THE FOREGOING STIPULATION**
   **IS APPROVED AND IS SO ORDERED.**

7

8

9  Date: _January 18_____, 2012

10                        THE HONORABLE JUDGE
                        United States District Court

11                      Northern District of California

12

13

14

15

16  4846-0678-1198, v. 2

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation and [Proposed] Order
Re Dismissal of Action for Arbitration                Case No. CV 11 3950 HRL